

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2017

No. 04-16-00209-CV

Candelaria **GARCIA**,
Appellant

v.

**STATE FARM LLOYDS** and Sylvia Garza,
Appellees

From the County Court at Law, Starr County, Texas
Trial Court No. CC-15-106
Honorable Romero Molina, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court